LIVINGSTON ET AL. *v.* UNITED STATES ET AL.

No. 895.   Decided June 27, 1960.

*Daniel R. McLeod,* Attorney General of South Carolina, and *James M. Windham* and *James S. Verner,* Assistant Attorneys General, for appellants.

*Solicitor General Rankin, Assistant Attorney General Rice, Myron C. Baum, Loren K. Olson* and *Lionel Kestenbaum* for the United States and the Atomic Energy Commission, appellees.

*Hugh K. Clark* and *W. Graham Claytor, Jr.* for E. I. du Pont de Nemours & Co., appellee.

PER CURIAM.

The motion to substitute Harold Murph and Robert C. Wasson in the place of Francis M. Pickney and James W. Crain as parties appellant is granted. The motion to affirm is granted and the judgment is affirmed.

MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion probable jurisdiction should be noted.